In the Matter of the Arbitration between KAHN & FELDMAN, INC., Respondent, and LOUIS F. ROTHSCHILD et al., Appellants.

Argued April 7, 1943; decided May 27, 1943.

*Barney B. Fensterstock* and *Harry Zalkin* for appellants.
*Jerome L. Greene* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.